**George D. MITCHELL, Appellant,**

v.

**UNION PACIFIC RAILROAD
COMPANY, Appellee.**

**No. 01–2133.**

United States Court of Appeals,
Eighth Circuit.

Submitted Sept. 3, 2002.

Decided Sept. 10, 2002.

Before LOKEN, BYE, and RILEY,
Circuit Judges.

PER CURIAM.

George Mitchell appeals the district court's [1] denial of his motion for a new trial

---

Nebraska.

after a jury returned a verdict for Union Pacific Railroad in Mitchell's employment-discrimination action. Upon careful review of the record, we reject the arguments he raises on appeal. Mitchell does not have a statutory or constitutional right to effective assistance of counsel in a civil case, and therefore may not overturn the judgment on that basis. *See Taylor v. Dickel,* 293 F.3d 427, 431 (8th Cir.2002). Mitchell has not shown prejudice or pervasive bias, and therefore the district judge did not commit plain error in not recusing sua sponte. *See Liteky v. United States,* 510 U.S. 540, 555–56, 114 S.Ct. 1147, 127 L.Ed.2d 474 (1994) (disqualification standards); *Rush v. Smith,* 56 F.3d 918, 922 (8th Cir.) (en banc) (plain error standard), *cert. denied,* 516 U.S. 959, 116 S.Ct. 409, 133 L.Ed.2d 328 (1995). Finally, we do not consider the arguments raised for the first time in Mitchell's untimely reply brief. *See* Fed. R.App. P. 31(a); *Neb. State Legislative Bd., United Transp. Union v. Slater,* 245 F.3d 656, 658 n. 3 (8th Cir.2001).

Accordingly, we deny Mitchell's pending motions on appeal, we deny appellee's motion to strike as moot, and we affirm. *See* 8th Cir. R. 47B.

A true copy.